UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DALBY, | No. 2:13-cv-01169 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| RON RACKLEY, Warden,[1] | |
| Respondent. | |

Petitioner is a state prisoner, currently incarcerated at the California Department of Corrections and Rehabilitation's California Health Care Facility, in Stockton.  Petitioner proceeds pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. Petitioner challenges his conviction on sixteen counts of aggravated sexual assault of a child under the age of fourteen, one count of oral copulation, and one count of failure to appear on a felony charge while released on bail.  Petitioner also challenges his sentence to a determinate prison term of six years and eight months, and an indeterminate term of 240 years to life.

////

---

[1] Warden Rackley is substituted as respondent herein.  A federal petition for writ of habeas corpus must name as respondent the state officer having custody of petitioner.  See 28 U.S.C. § 2254; Rule 2(a), Rules Governing Section 2254 Cases in the U.S. District Courts; Smith v. Idaho, 392 F.3d 350, 354-55 (9th Cir. 2004); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

Currently pending is respondent's motion to dismiss or stay this action. For the reasons that follow, further briefing is ordered.

Petitioner filed his federal habeas petition on June 5, 2013. On December 16, 2013, respondent filed the pending motion to dismiss or stay, and informed the court that a re-sentencing hearing was scheduled in this case in the Yolo County Superior Court on January 31, 2014. That hearing, required by a remand order issued by the California Court of Appeal on November 2, 2004, had been overlooked in the Yolo County Superior Court until respondent's counsel made an inquiry in this action.[2] In his opposition to the motion, filed on January 16, 2014, petitioner acknowledges that this matter was "forgotten" in the state courts, and argues that the delay was unconstitutional and warrants "being set free." (ECF No. 19 at 2.)

There has been no briefing in this action since the scheduled January 31, 2014 hearing in the Yolo County Superior Court. Therefore, the parties will be required to file and serve further briefing in light of the subsequent superior court proceedings (assuming they took place). In addition, petitioner's motion (ECF No. 18), opposing respondent's request for an extension of time within which to file a response to the habeas petition and/or for default judgment,[3] will be

---

[2] In her declaration filed in support of respondent's motion to dismiss or stay, Deputy Attorney General Michelle Rubio states in pertinent part (ECF No. 18-2 at 2 (numbered paras. omitted)):

> On or about November 14, 2013, I contacted the Yolo County Superior Court to inquire about the remand by the Court of Appeal in People v. Dalby, No. C031880, regarding sentencing on counts 1 to 3, 9 to 20, and 22, and to acquire an amended abstract of judgment.
>
> The superior court clerk was alarmed when she researched the case and learned that the resentencing had never occurred and that the case inadvertently slipped through the cracks. The clerk informed me that the superior court would immediately work towards resolving the issue.
>
> On December 12, 2012 (sic), I again inquired with the superior court regarding the resentencing. I was informed that a hearing was set in the Yolo County Superior Court in People v. Dalby, Case No. CR-F-99-3920, for Friday, January 31, 2014, at 8:30 a.m. [Notice of Hearing attached.]

[3] The court finds that petitioner's alternative ground, a motion for default judgment based on respondent's anticipated failure to file a timely response, is frivolous.

denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall, within fourteen (14) days after the filing date of this order, file and serve one of the following: (a) a Supplemental Brief in Support of the pending Motion to Dismiss or Stay; OR (b) an Amended Motion to Dismiss or Stay.

2. Petitioner shall, within twenty-one (21) days after service of respondent's new briefing, file and serve one of the following: (a) a Supplemental Opposition to the pending Motion to Dismiss or Stay; OR (b) an Opposition to the Amended Motion to Dismiss or Stay.

3. If respondent's new briefing is an Amended Motion to Dismiss or Stay, respondent may, within seven (7) days after the filing date of petitioner's response, file and serve a reply.

4. Petitioner's motion (ECF No. 18), in opposition to respondent's request for extension of time, is denied as moot.

SO ORDERED.

Dated: June 10, 2014

dalb1169.mtd.fb

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3