IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM DALBY,** | 2:13-cv-01169-TLN-KJN |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **RALPH M. DIAZ,** | |
| Respondent. | |

Having considered Respondent's request, and good cause appearing, the court will grant Respondent an additional thirty (30) days, up to and including February 27, 2015, to file a statement regarding Petitioner's re-sentencing.

Dated:  February 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/dalb1169.eot

1