UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DALBY,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH M. DIAZ,<br><br>    Respondent. | No. 2: 13-cv-1169 TLN KJN P<br><br><br>ORDER |

Pending before the court is respondent's second motion for extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's motion for extension of time (ECF No. 40) is granted;

    2. Respondent's response to the petition is due on or before August 11, 2017.

Dated: July 13, 2017

                                                  KENDALL J. NEWMAN<br>                                                  UNITED STATES MAGISTRATE JUDGE

Dal1169.eot(2)

kc

1