UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DALBY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RALPH M. DIAZ,<br><br>　　　　Respondent. | No. 2:13-cv-01169-TLN-KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 29, 2017, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed September 29, 2017, are adopted in full; and:

///

1

1. Respondent's motion to stay (ECF No. 42) is granted;

2. The parties are ordered to file and serve separate statements, within fourteen days after Petitioner's appeal is concluded, informing the Court of the date and the outcome of the state court proceedings; and

3. The parties are ordered to file and serve separate statements, every ninety days, commencing with the filing date of this Order, informing the Court of the ongoing status of the state court proceedings.

Dated: November 8, 2017

Troy L. Nunley
United States District Judge