UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DALBY,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH M. DIAZ,<br><br>    Respondent. | No. 2: 13-cv-1169 TLN KJN P<br><br><br><br>ORDER |

Pending before the court is respondent's motion for a thirty days extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 50) is granted;

2. Respondent's response to the petition is due on or before July 10, 2018.

Dated: June 8, 2018

                                                              KENDALL J. NEWMAN
                                                              UNITED STATES MAGISTRATE JUDGE

Dal1169.eot(a)